# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

      VS                                CASE NO.  3:02cr29-02/RV

SEAN ALLEN BAILEY

## REFERRAL AND ORDER

Referred to Senior Judge Roger Vinson on __April 17, 2009_____

Motion/Pleadings: __Motion to Reduce Sentence (re Retroactive Application of Sentencing Guidelines to Crack Cocaine Offense 18 USC 3582)_____

Filed by___Defendant_____ on _2/15/2008_____ Doc.# ____118_____

RESPONSES:

_United States_____ on __2/22/2008 and   Doc.#___119 and 122_____
                                       3/11/2008_____

_____ on_____ Doc.# _____

_____ Stipulated     _____ Joint Pldg.

_____ Unopposed     _____ Consented

                              WILLIAM M. McCOOL, CLERK OF COURT

_____               _____s/Jerry Marbut_____

LC (1 OR 2)             Deputy Clerk: Jerry Marbut

# *ORDER*

*Upon consideration of the foregoing, it is ORDERED this __17th___ day of ___April_____, 2009, that:*

*(a) The relief requested is DENIED.*

*(b) The Defendant is not eligible for a sentence reduction under Amendments 706 and 711.*

*(c) The amendments do not affect the Defendant's sentencing guideline range.*

                        _/s/ Roger Vinson_____

                        *Roger Vinson*

                        *Senior United States District Judge*